Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 13 AM 9:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Save San Onofre Coalition
(SEE ATTACHED)

vs

Carlos Gutierrez,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1470 JAH RBB

(SEE ATTACHED)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Damon Nagami
Natural Resources Defense Council, Inc.
1314 Second Street
Santa Monica, California 90401

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
J. PARIS

By _____, Deputy Clerk

AUG 13 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

I.      PLAINTIFFS

Save San Onofre Coalition, California Coastal Protection Network, California State Parks Foundation, Defenders of Wildlife, Endangered Habitats League, Laguna Greenbelt, Inc., National Audubon Society d/b/a Audubon California, Natural Resources Defense Council, Inc., Orange County Coastkeeper, Sea and Sage Audubon, The Sierra Club, and Surfrider Foundation

5

DEFENDANTS

CARLOS GUTIERREZ, Secretary, Department of Commerce, JAMES BALSIGER, Acting Assistant Admin. for Fisheries, National Marine Fisheries Service, DIRK KEMPTHORNE, Secretary, Department of Interior and DALE HALL, Director, Fish and Wildlife Service