UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 13 AM 8: 46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| SAVE SAN ONOFRE COALITION, et al. | ) |
| plaintiffs, | ) No. '08 CV 1470 JAH RBB |
| v. | ) |
| CARLOS GUTIERREZ, et al., | ) |
| defendants. | ) |

## NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to Local Rule 40.2, plaintiffs hereby inform the Court that the following plaintiffs have parent corporations: Audubon California's parent corporation is National Audubon Society, Inc.

None of the plaintiffs issues any stock or other ownership shares.

Respectfully submitted,

*Damon K. Nagami*
Damon Nagami, Cal. Bar. No. 217089
Natural Resources Defense Council, Inc.
1314 Second Street
Santa Monica, California 90401
(310) 434-2300

August 13, 2008                    Attorney for Plaintiffs