Brian Segee (Bar No. 200795)
Defenders of Wildlife
1130 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 682-9400
bsegee@defenders.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAVE SAN ONOFRE COALITION, et al.,

    Plaintiffs,

vs.

CARLOS GUTIERREZ, Secretary of Commerce; et al.,

    Defendants.

No. 08-CV-1470 JAH RBB

**NOTICE OF APPEARANCE**

    Pursuant to Local Civil Rule 83.3(b), Brian Segee hereby enters his notice of appearance on behalf of all Plaintiffs in Save San Onofre Coalition v. Gutierrez (No. 08-cv-1470 JAH RBB).

DATED: September 4, 2008          Respectfully submitted,

/s Brian Segee

Brian Segee
Attorney for Plaintiffs
E-mail: bsegee@defenders.org

Notice of Appearance                                                     08cv1470