IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE SAN ONOFRE COALITION, CALIFORNIA COASTAL PROTECTION NETWORK, CALIFORNIA STATE PARKS FOUNDATION, DEFENDERS OF WILDLIFE, ENDANGERED HABITATS LEAGUE, LAGUNA GREENBELT, INC., NATIONAL AUDUBON SOCIETY, INC. d/b/a AUDUBON CALIFORNIA, NATURAL RESOURCES DEFENSE COUNCIL, INC., ORANGE COUNTY COASTKEEPER, SEA AND SAGE AUDUBON, THE SIERRA CLUB, AND SURFRIDER FOUNDATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>OTTO WOLFF, in his official capacity as Acting Secretary of Commerce, JAMES BALSIGER in his official capacity as Acting Assistant Administrator for Fisheries, National Marine Fisheries Service,<br><br>KENNETH SALAZAR, in his official capacity as Secretary of the Interior, and ROWAN GOULD, in his official capacity as Acting Director of the U.S. Fish & Wildlife Service,<br><br>    Defendants,<br><br>FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY,<br><br>    Defendant Intervenor. | Case No. 08-cv-1470-JAH-RBB<br><br>**ORDER** |

The Court, having considered the Parties' Joint Request for a Six-Month Stay, and good cause existing therefore, hereby orders that the Parties' motion should be and hereby is

GRANTED. It is further ORDERED that all proceedings in this matter are hereby stayed until September 9, 2009, at which time the Parties shall file either a proposed resolution of this action, or a Joint Status Report proposing a schedule for further proceedings.

SO ORDERED

DATED: March 6, 2009

JOHN A. HOUSTON
United States District Judge