1  DAMON NAGAMI, Cal. Bar. No. 217089
   JOEL R. REYNOLDS, Cal. Bar. No. 85276
2  Natural Resources Defense Council, Inc.
   1314 Second Street
3  Santa Monica, California 90401
   (310) 434-2300
4
   HOWARD M. CRYSTAL, D.C. Bar. No. 446189
5  Meyer Glitzenstein & Crystal
   1601 Connecticut Avenue, N.W., Suite 700
6  Washington, D.C.  20009
   (202) 588-5206
7
   *Attorneys for Plaintiffs*
8
   [additional attorneys on next page]
9
                    IN THE UNITED STATES DISTRICT COURT
10                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 SAVE SAN ONOFRE COALITION,            )
   CALIFORNIA COASTAL PROTECTION         )
12 NETWORK, CALIFORNIA STATE PARKS       )  Case No. 08-cv-1470-JAH-RBB
   FOUNDATION, DEFENDERS OF              )
13 WILDLIFE, ENDANGERED HABITATS         )
   LEAGUE, LAGUNA GREENBELT, INC.,       )  **PARTIES' JOINT STATUS**
14 NATIONAL AUDUBON SOCIETY, INC.        )  **REPORT AND REQUEST FOR AN**
   d/b/a AUDUBON CALIFORNIA, NATURAL     )  **ADDITIONAL SIX-MONTH STAY**
15 RESOURCES DEFENSE COUNCIL, INC.,      )
   ORANGE COUNTY COASTKEEPER, SEA        )
16 AND SAGE AUDUBON, THE SIERRA          )
   CLUB, AND SURFRIDER FOUNDATION,       )
17                                       )
           Plaintiffs,                   )
18                                       )
       v.                                )
19                                       )
   GARY LOCKE, in his official           )
20 capacity as Secretary of Commerce,    )
   JAMES BALSIGER in his official capacity as )
21 Acting Assistant Administrator for Fisheries, )
   National Marine Fisheries Service,    )
22 KEN SALAZAR, in his official capacity )
   as Secretary of the Interior, and SAM )
23 HAMILTON, in his official capacity as )
   Director of the U.S. Fish & Wildlife Service, )
24                                       )
           Defendants,                   )
25                                       )
                                         )
26 FOOTHILL/EASTERN TRANSPORTATION )
   CORRIDOR AGENCY,                      )
27                                       )
           Defendant Intervenor.         )
28 _____)

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief
ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC))
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0206
Facsimile: (202) 305-0275

*Attorneys for Federal Defendants*

ROBERT D. THORNTON (CA 72934)
rthornton@nossaman.com
JOHN J. FLYNN III (CA 76419)
PAUL S. WEILAND (CA 245034)
ROBERT C. HORTON (CA 235187)
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 18
Irvine, CA 92612
Telephone: (949) 833-7800
Facsimile: (949) 833-7878

*Attorneys for Defendant-Intervenor,*
*Foothill/Eastern Transportation Corridor Agency*

Pursuant to the Court's Order granting the parties' Joint Motion for a Six-Month Stay dated March 6, 2009 (Dckt. No. 22), the parties in the above-captioned matter respectfully submit this Joint Status Report and Request for an Additional Six Month Stay. As explained below, the parties believe that it would serve judicial efficiency and economy to further extend the stay in this action by six months.

**BACKGROUND**

This case involves the alleged impacts of the Foothill Transportation Corridor-South (the "FTC-South Project"), a toll-road project in Southern Orange County and Northern San Diego County, California proposed by the Foothill/Eastern Transportation Corridor Agency ("TCA"), on species listed under the Endangered Species Act ("ESA"), 16 U.S.C. § 1531 et seq. Plaintiffs' complaint challenges the U.S. Fish & Wildlife Service's ("FWS") Biological Opinion on the

2

potential impacts of the FTC-South Project on several ESA-listed species, and the National Marine Fisheries Service's ("NMFS") concurrence ("Concurrence Letter") with the Federal Highway Administration's conclusion that the FTC-South Project was not likely to adversely affect southern California steelhead, also listed under the ESA.

Previously, on March 23, 2007, pursuant to the Coastal Zone Management Act ("CZMA"), 16 U.S.C. § 1456(c)(3)(A), the TCA submitted a certification for approval to the Coastal Commission that the FTC-South Project was consistent with California's Coastal Zone Management Program.

On February 6, 2008, the Coastal Commission objected to TCA's consistency certification, and the TCA subsequently appealed the Coastal Commission's objection to the Secretary of Commerce pursuant to the CZMA, 16 U.S.C. § 1456(c)(3)(A), and its implementing regulations, 15 C.F.R. § 930.125.  In light of that administrative appeal, the plaintiffs and federal defendants to this case requested, and received, a temporary stay of all proceedings in this matter. (Dckt. No. 12.)

On December 18, 2008, the Secretary of Commerce sustained the Coastal Commission's objection to the FTC-South Project.  The TCA may seek judicial review of the decision of the Secretary of Commerce.  In light of the decision of the Secretary of Commerce, the plaintiffs and federal defendants requested a second temporary Stay, which the Court granted on February 9, 2009. (Dckt. No. 20.)  At that time the Court also granted TCA's pending motion to intervene, which the Plaintiffs did not oppose and on which Federal Defendants took no position.  (Id.)

On March 6, 2009, the parties filed a Joint Request for a six month stay of this action. (Dckt. No. 20).  As the parties explained in that request, TCA was consulting with the impacted community and other stakeholders in an effort to discuss alternatives to, or modifications of, the FTC-South project.  The Court granted the request and stayed the case until September 9, 2009. (Dckt. No. 22.)

3

**JOINT STATUS REPORT**

In the last six months, TCA has held a series of stakeholder outreach meetings with 76 different stakeholders and officials in its effort to identify alternatives to, or modifications of the FTC-South Project. Specifically, TCA has met with:

- 12 Environmental/Water Quality Interest Groups,
- 7 State Agencies,
- 5 Federal Agencies,
- 13 Cities or Counties,
- 3 Land Owners/Developers,
- 3 Regional Transportation/Planning Agencies,
- 4 Native American Organizations,
- 6 State/Federal Elected Officials,
- 14 Chambers of Commerce/Businesses,
- 1 Civic Group,
- 2 Labor Organizations, and
- 6 miscellaneous groups of interested residents and individuals.

TCA has held three meetings exclusively with the Plaintiffs in this matter, the Save San Onofre Coalition and its various member groups. The TCA and Plaintiffs have scheduled additional meetings to explore environmental, engineering and other issues concerning alternative alignments of the Foothill-South Project.

Until the TCA completes this process, it remains unknown at this time whether, and to what extent, the Biological Opinion, Incidental Take Statement, and Concurrence Letter will continue to apply to a modified Project, and whether TCA will seek judicial review of the Commerce decision. TCA anticipates that these uncertainties are likely to be resolved during the next six months.

**JOINT REQUEST FOR AN ADDITIONAL SIX-MONTH STAY**

In light of these facts, the parties believe that an additional six (6) month stay of all proceedings is appropriate to avoid potentially unnecessary litigation and conserve judicial resources. The parties therefore respectfully request that all proceedings in this matter be stayed until March 9, 2010, at which time the parties will file either a proposed agreement concerning dismissal of this action, or, if appropriate, a Joint Status Report proposing a schedule for further proceedings.

In the unlikely event that, during the stay period TCA obtains permission to move forward with the project as described in the Biological Opinion and the Concurrence Letter, the parties agree that the plaintiffs may request that the Court lift the Stay, and seek other appropriate relief as may be necessary, at that time.

Respectfully submitted,

/s/ Robert D. Thornton
Robert D. Thornton
Attorney for Intervenors
E-Mail: rthornton@nossaman.com

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

JEAN E. WILLIAMS
Chief, Wildlife & Marine Resources Section

/s/ Robert P. Williams
Robert P. Williams
Attorney for federal defendants
E-Mail: robert.p.williams@usdoj.gov

/s/ Howard M. Crystal
Howard M. Crystal
Attorney for plaintiffs
E-Mail: Hcrystal@meyerglitz.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Federal Defendants and Intervenors and that I have obtained authorization from them to affix their electronic signatures to this document.

/s/  Howard M. Crystal

5