IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAVE SAN ONOFRE COALITION, CALIFORNIA COASTAL PROTECTION NETWORK, CALIFORNIA STATE PARKS FOUNDATION, DEFENDERS OF WILDLIFE, ENDANGERED HABITATS LEAGUE, LAGUNA GREENBELT, INC., NATIONAL AUDUBON SOCIETY, INC. d/b/a AUDUBON CALIFORNIA, NATURAL RESOURCES DEFENSE COUNCIL, INC., ORANGE COUNTY COASTKEEPER, SEA AND SAGE AUDUBON, THE SIERRA CLUB, AND SURFRIDER FOUNDATION,

    Plaintiffs,

v.

GARY LOCKE, in his official capacity as Secretary of Commerce, JAMES BALSIGER in his official capacity as Acting Assistant Administrator for Fisheries, National Marine Fisheries Service, KEN SALAZAR, in his official capacity as Secretary of the Interior, and SAM HAMILTON, in his official capacity as Director of the U.S. Fish & Wildlife Service,

    Defendants,

FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY,

    Defendant Intervenor.

Case No. 08-cv-1470-JAH-RBB

**ORDER**

The Court, having considered the Parties' Joint Status Report and Request for a Six-Month Extension of Stay, and good cause existing therefore, hereby orders that the Parties' motion should be and hereby is GRANTED; and it is further

1   ORDERED that all proceedings in this matter are hereby stayed until March 9, 2010, at
2 which time the Parties shall file either a proposed resolution of this action, or a Joint Status
3 Report proposing a schedule for further proceedings.
4 SO ORDERED
5 DATED: September 2, 2009

*[signature]*

JOHN A. HOUSTON
United States District Judge