ROBERT D. THORNTON (CA 72934)
rthornton@nossaman.com
JOHN J. FLYNN III (CA 76419)
PAUL S. WEILAND (CA 245034)
ROBERT C. HORTON (CA 235187)
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: (949) 833-7800
Facsimile: (949) 833-7878

Attorneys for Defendant-Intervenor,
Foothill/Eastern Transportation Corridor Agency

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE SAN ONOFRE COALITION, CALIFORNIA COASTAL PROTECTION NETWORK, CALIFORNIA STATE PARKS FOUNDATION, DEFENDERS OF WILDLIFE, ENDANGERED HABITATS LEAGUE, LAGUNA GREENBELT, INC., NATIONAL AUDUBON SOCIETY d/b/a AUDUBON CALIFORNIA, NATURAL RESOURCES DEFENSE COUNCIL, INC., ORANGE COUNTY COASTKEEPER, SEA AND SAGE AUDUBON, THE SIERRA CLUB, AND SURFRIDER FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY LOCKE, in his official capacity as Secretary of Commerce, JAMES BALSIGER, in his official capacity as Acting Assistant Administrator for Fisheries, National Marine Fisheries Service, KEN SALAZAR, in his official capacity as Secretary of the Interior, and ROWAN GOULD, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service,[1]<br><br>Defendants. | Case No: 08-cv-1470-JAH-RBB<br><br>**CORRECTED JOINT STATUS REPORT AND REQUEST FOR SIX-MONTH EXTENSION OF STAY TO SEPTEMBER 2010**<br><br>Date Action Filed: August 13, 2008 |
| FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY,<br><br>Defendant-Intervenor | |

---

[1] Mr. Gould is substituted pursuant to Federal Rule 25(d)(1) for Director Sam D. Hamilton, who passed away on February 20, 2010.

383535_1.DOC                                                        Case No. 08 CV 1470 JAH RBB
JOINT STATUS REPORT AND REQUEST FOR SIX-MONTH EXTENSION OF STAY TO SEPTEMBER 2010

Pursuant to the Court's Order of September 2, 2009, granting the parties' Joint Request for a Six-Month Stay to March 9, 2010 (Dckt. No. 28), the parties in the above-captioned matter respectfully submit this Joint Status Report and Request for a Six Month Extension of Stay to September 2010. As explained below, the parties believe that it would serve judicial efficiency and economy to further extend the stay in this action by six months.

## BACKGROUND

This case involves the alleged impacts of the Foothill Transportation Corridor-South (the "FTC-South Project"), a toll-road project in Southern Orange County and Northern San Diego County, California proposed by the Foothill/Eastern Transportation Corridor Agency ("TCA"), on species listed under the Endangered Species Act ("ESA"), 16 U.S.C. § 1531 et seq. Plaintiffs' complaint challenges the U.S. Fish & Wildlife Service's ("FWS") Biological Opinion on the potential impacts of the FTC-South Project on several ESA-listed species, and the National Marine Fisheries Service's ("NMFS") concurrence ("Concurrence Letter") with the Federal Highway Administration's conclusion that the FTC-South Project was not likely to adversely affect southern California steelhead, also listed under the ESA.

Previously, on March 23, 2007, pursuant to the Coastal Zone Management Act ("CZMA"), 16 U.S.C. § 1456(c)(3)(A), the TCA submitted a certification for approval to the Coastal Commission that the FTC-South Project was consistent with California's Coastal Zone Management Program.

On February 6, 2008, the Coastal Commission objected to TCA's consistency certification, and the TCA subsequently appealed the Coastal Commission's objection to the Secretary of Commerce pursuant to the CZMA, 16 U.S.C. § 1456(c)(3)(A), and its implementing regulations, 15 C.F.R. § 930.125. In light of that administrative appeal, the plaintiffs and federal defendants to this case requested, and received, a temporary stay of all proceedings in this matter. (Dckt. No. 12.)

On December 18, 2008, the Secretary of Commerce sustained the Coastal Commission's objection to the FTC-South Project. The TCA may seek judicial review of the decision of the Secretary of Commerce. In light of the decision of the Secretary of Commerce, the plaintiffs and federal defendants requested a second temporary Stay, which the Court granted on February 9, 2009. (Dckt.

No. 20.) At that time the Court also granted TCA's pending motion to intervene, which the Plaintiffs did not oppose and on which Federal Defendants took no position. (Id.)

On March 6, 2009, the parties filed a Joint Request for a six month stay of this action. (Dckt. No. 20). As the parties explained in that request, TCA was consulting with the impacted community and other stakeholders in an effort to discuss alternatives to, or modifications of, the FTC-South project. The Court granted the request and stayed the case until September 9, 2009. (Dckt. No. 22.)

On September 1, 2009, the parties filed a Parties' Joint Status Report and Request for an Additional Six-Month Stay. (Dckt. No. 27.) As the parties explained, the TCA was continuing to consult with the impacted community and other stakeholders. The Court granted the request and further stayed the case until March 9, 2010. (Dckt. No. 28.)

## JOINT STATUS REPORT

In the last six months, TCA has held a series of stakeholder outreach meetings with 44 different stakeholders and officials in its effort to identify alternatives to, or modifications of the FTC-South Project. Specifically, TCA has met with (see attached Exhibit A):

- 10 Environmental/Water Quality Interest Groups,
- 2 State Agencies,
- 2 Federal Agencies,
- 10 Cities or Counties,
- 1 Land Owners/Developers,
- 1 Regional Transportation/Planning Agencies,
- 11 State/Federal Elected Officials,
- 6 Chambers of Commerce/Businesses,
- 1 Civic Groups,

During the last six months, TCA has held four meetings exclusively with the Plaintiffs in this matter, the Save San Onofre Coalition and its various member groups. The TCA and Plaintiffs have scheduled additional meetings to explore environmental, engineering and other issues concerning alternative alignments of the Foothill-South Project.

Until the TCA completes this process, it remains unknown at this time whether, and to what

1 extent, the Biological Opinion, Incidental Take Statement, and Concurrence Letter will continue to
2 apply to a modified Project, and whether TCA will seek judicial review of the Commerce decision.
3 Accordingly, the parties have conferred and agree that the current stay of litigation should be extended
4 six months to September 10, 2010 to allow further discussions.

### JOINT REQUEST FOR AN ADDITIONAL SIX-MONTH STAY

In light of these facts, the parties believe that an additional six (6) month stay of all proceedings is appropriate to avoid potentially unnecessary litigation and conserve judicial resources. The parties therefore respectfully request that all proceedings in this matter be stayed until September 10, 2010, at which time the parties will file either a proposed agreement concerning dismissal of this action, or, if appropriate, a Joint Status Report proposing a schedule for further proceedings.

In the unlikely event that, during the stay period TCA obtains permission to move forward with the project as described in the Biological Opinion and the Concurrence Letter, the parties agree that the plaintiffs may request that the Court lift the Stay, and seek other appropriate relief as may be necessary, at that time.

DATED: March 10, 2010                    Respectfully submitted,

ROBERT D. THORNTON
Attorney for Defendant-Intervenor
FOOTHILL/EASTERN TRANSPORTATION
CORRIDOR AGENCY

/s/ Robert D. Thornton
Robert D. Thornton
E-Mail: rthornton@nossaman.com

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

JEAN E. WILLIAMS
Chief, Wildlife & Marine Resources Section

/s/ Robert P. Williams
Robert P. Williams
Trial Attorney
E-Mail: robert.p.williams@usdoj.gov

HOWARD M. CRYSTAL
Attorney for Plaintiffs

/s/ Howard M. Crystal
Howard M. Crystal
E-Mail: HCrystal@meyerglitz.com

**Foothill/Eastern Transportation Corridor Agency**
**Stakeholder Outreach Meetings**

Meetings that took place from September 2009 through February 2010 – approximately 47

<u>State Agencies</u>
Ruth Coleman, California State Parks Director (2 meetings)
Office of Governor Schwarzenegger.
Governor Schwarzenegger's DC staff

<u>Federal Agencies</u>
U.S. Marine Corps Camp Pendleton
U.S. Department of the Navy
Office of the Secretary of the Navy, Deputy Assistant Secretary of the Navy, Acting, Natsuhara

<u>Cities/County</u>
City of San Clemente, Mayor Donchek, Jim Dahl and City Manager (2 meetings)
City of San Juan Capistrano, City Manager and City Engineer (2 meetings)
Mark Nielson, Mayor, San Juan Capistrano (2 meetings)
City of Dana Point, Mayor and City Manager (2 meetings)
Miguel Pulido, Mayor, Santa Ana (2 meetings)
City of Laguna Hills, Joel Lautenshleger, Allan Songstad & Bruce Channing
City of Oceanside, Jerry Kern & Jack Feller
Frank Ury, Mayor, Mission Viejo
City of Rancho Santa Margarita, Gary Thompson, Steve Hyman & Derek Wieske
Orange County Sheriff Sandra Hutchins
City of Dana Point

<u>Transportation/Planning</u>
OCTA  (multiple meetings)

<u>State/Federal Elected Officials</u>
State Senator, Mimi Walters (2 meetings)
Rep. Loretta Sanchez
Office of  Sen. Feinstein (3 meetings)
U.S. Senator Dianee Feinstein
Office of  Rep. Loretta Sanchez (2 meetings)
Rep. John Campbell
Rep. Ken Calvert
Rep. Gary Miller
Office of Rep. Duncan Hunter
Rep. Duncan Hunter
Office of  Rep. Darrell Issa
Rep. Darrell Issa
Office of U.S. Sen. Barbara Boxer
Rep. Susan Davis
State Senator Diane Harkey

<u>Environmental/Water Quality</u>
Save San Onofre Coalition – (5 meetings total, 4 meetings in past six months)

```
Surfrider Foundation
Audubon Society
California State Parks Foundation
Natural Resources Defense Council
Endangered Habitats League
Defenders of Wildlife
Sierra Club
California Coastal Protection Network
Laguna Greenbelt
```

Land Owners/Developers
Rancho Mission Viejo (several meetings)

Business/Chambers of Commerce
Orange County Business Council Infrastructure Committee (2 meetings)
Lucy Dun, Orange County Business Council
Mobility 21
Steve Churm, Churm Media
Vista Chamber of Commerce
San Diego North Economic Development Council Public Policy Committee

Civic Groups
San Clemente Kiwanis

Other meetings (earlier)

State Agencies
California Coastal Commission, phone call with Peter Douglas
Bill Lockyer, California State Treasurer
California Department of Fish & Game
Bill Kogerman, State Parks Commissioner
Caltrans
Larry Clark, California Coastal Commissioner
State Office of Historic Preservation/State Historic Preservation Officer

Federal Agencies
US Fish & Wildlife Service
Army Corps of Engineers
Federal Highway Administration
EPA (2 meetings)

Cities/County
Bob Baker, San Clemente City Councilman
Joe Anderson, San Clemente City Councilman
San Clemente Traffic Committee
Laura Freese, San Juan Capistrano Councilwoman
Patricia McCoy, City of Imperial Beach Councilwoman
Lori Holt Pfeiler, Mayor, Escondido
Curt Pringle, Mayor, Anaheim
Tom Daly, Orange County Clerk/Recorder

Transportation/Planning
SANDAG
SCAG (Transportation Committee, Executive/Administration Committee, Energy & Environment Committee, Regional Council)
SOCTIIP

Native American Organizations
Native American Heritage Commission Staff
Juaneno Band of Mission Indians (Belardes Tribe)
Juaneno Band of Mission Indians (Dubay Tribe)
Juaneno Band of Mission Indians (O'Campo Tribe) (2 meetings)
United Coalition to Protect Panhe

State/Federal Elected Officials
State Senator, Mark Wyland (2 meetings)
Rep. Buck McKeon
Assemblyman Nathan Fletcher
Daniel Hazzard, Rep. Davis Legislative Director

Environmental/Water Quality
Save Trestles Campaign -- Jerry Collamer & Wild Heritage Planners – Jack Eidt/Pete van Nuys
OC Coastkeeper -- Garry Brown

Land Owners/Developers
The Irvine Company (2 meetings)
Talega Associates

Homeowners
Talega Homeowner Association Delegates meeting

Business/Chambers of Commerce
San Juan Capistrano Chamber of Commerce
San Clemente Chamber of Commerce
Orange County Taxpayers Association
Oceanside Chamber of Commerce
Dana Point Chamber of Commerce
South Orange County Regional Chambers of Commerce
North Orange County Legislative Alliance
Tustin Chamber of Commerce
Irvine Chamber of Commerce
Rancho San Clemente Business Park – Bob Adams
Dana Point Major Hotel GMs
Saddleback Joint Venture Group
Garden Grove Chamber of Commerce Legislative Committee
Hispanic Chamber of Commerce
Orange County IRWA
Carlsbad Chamber of Commerce Executive Director
San Diego Chamber of Commerce Transportation & Infrastructure Committee
San Diego World Trade Center

Anaheim Chamber of Commerce

<u>Civic Groups</u>
San Juan Capistrano Rotary Club
San Clemente Sunrise Rotary

<u>Labor</u>
LA/OC Building & Construction Trades Council
Jim Adams, Labor Group Representative

<u>Misc.</u>
Various City of San Clemente residents/SC Information Center
Various South Orange County residents /Community Booths
Democratic Party of Orange County Chairman, Frank Barbaro
Republican Party of Orange County Chairman, Scott Baugh
Capistrano Dispatch Coffee Chat
TCA Public Affairs Advisory Committee
Steve Long (Retired San Onofre State Beach, San Onofre Foundation)
Orange County Fire Authority

Updated March 4, 2010

**CERTIFICATE OF SERVICE**

  __X__   I hereby certify that on the 10th day of March, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Damon K. Nagami
dnagami@nrdc.org

Howard M. Crystal
howardcrystal@meyerglitz.com

U.S. Attorney CV
efile.dkt.civ@usdoj.gov

Robert P. Williams
robert.p.williams@usdoj.gov

Thomas C. Stahl
Thomas.Stahl@usdoj.gov

  _____   I hereby certify that on the _____ day of _____, 2009 I served the attached document by United States mail on the following, who are not registered participants of the CM/ECF System:


By____*s/Robert D. Thornton*____
        Robert D Thornton

383535_1.DOC