IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE SAN ONOFRE COALITION, CALIFORNIA COASTAL PROTECTION NETWORK, CALIFORNIA STATE PARKS FOUNDATION, DEFENDERS OF WILDLIFE, ENDANGERED HABITATS LEAGUE, LAGUNA GREENBELT, INC., NATIONAL AUDUBON SOCIETY d/b/a AUDUBON CALIFORNIA, NATURAL RESOURCES DEFENSE COUNCIL, INC., ORANGE COUNTY COASTKEEPER, SEA AND SAGE AUDUBON, THE SIERRA CLUB, AND SURFRIDER FOUNDATION,<br><br>      Plaintiffs,<br><br>   vs.<br><br>GARY LOCKE, in his official capacity as Secretary of Commerce, JAMES BALSIGER, in his official capacity as Acting Assistant Administrator for Fisheries, National Marine Fisheries Service, KEN SALAZAR, in his official capacity as Secretary of the Interior, and ROWAN GOULD, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service,[1]<br><br>      Defendants.<br><br>FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY,<br><br>      Defendant-Intervenor | Case No: 08-cv-1470-JAH-RBB<br><br>**ORDER** |

The Court, having considered the Parties' Corrected Joint Status Report and Request for Six-Month Extension of Stay to September 2010, and good cause existing therefor, hereby orders that the Parties' motion should be and hereby is GRANTED, and it is further

---

[1] Mr. Gould is substituted pursuant to Federal Rule 25(d)(1) for Director Sam D. Hamilton, who passed away on February 20, 2010.

1    ORDERED that all proceedings in this matter are hereby stayed until September 10,
2 2010, at which time the Parties shall file either a proposed resolution of this action, or a Joint
3 Status Report proposing a schedule for further proceedings.

5 DATED:  March 15, 2010

   _____
   JOHN A. HOUSTON
   United States District Judge

383894_1.DOC