|   |   |   |
|---|---|---|
| 1 | | IN THE UNITED STATES DISTRICT COURT |
| 2 | | FOR THE SOUTHERN DISTRICT OF CALIFORNIA |

SAVE SAN ONOFRE COALITION, CALIFORNIA COASTAL PROTECTION NETWORK, CALIFORNIA STATE PARKS FOUNDATION, DEFENDERS OF WILDLIFE, ENDANGERED HABITATS LEAGUE, LAGUNA GREENBELT, INC., NATIONAL AUDUBON SOCIETY, INC. d/b/a AUDUBON CALIFORNIA, NATURAL RESOURCES DEFENSE COUNCIL, INC., ORANGE COUNTY COASTKEEPER, SEA AND SAGE AUDUBON, THE SIERRA CLUB, AND SURFRIDER FOUNDATION,

    Plaintiffs,

    v.

GARY LOCKE, in his official capacity as Secretary of Commerce, JAMES BALSIGER in his official capacity as Acting Assistant Administrator for Fisheries, National Marine Fisheries Service, KEN SALAZAR, in his official capacity as Secretary of the Interior, and ROWAN GOULD, in his official capacity as Acting Director of the U.S. Fish & Wildlife Service,

    Defendants,

FOOTHILL/EASTERN TRANSPORTATION CORRIDOR AGENCY,

    Defendant Intervenor.

Case No. 08-cv-1470-JAH-RBB

**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE**

Pursuant to the parties' November 5, 2010 Joint Motion for Dismissal filed as a Stipulation for Dismissal (Doc. No. 35), and good cause appearing therefore,

IT IS HEREBY ORDERED that this action is dismissed without prejudice according to the terms and conditions of that Stipulation, which is incorporated herein by reference; and

IT IS FURTHER ORDERED that in the event a new lawsuit is filed in this Court challenging the Biological Opinion, Incidental Take Statement, or Concurrence Letter at issue in

//

//

this suit, those claims may be designated as related to this suit pursuant to Local Rule 40.1(e).

DATED: November 10, 2010

JOHN A. HOUSTON
United States District Judge